UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRINA HARRISON,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>   Defendant. | No. C 20-05178 WHA<br><br>**ORDER RE PLAINTIFF'S OBJECTIONS TO MOTION TO RELATE** |

The undersigned has received Ms. Harrison's objection to defendant's motion to relate this case to *UC Hastings v. San Francisco*, No. C 20-03033 JST. However, the motion to relate pends before the Honorable Jon S. Tigar. Ms. Harrison shall please file her objection in the appropriate case docket, No. C 20-03033 JST.

**IT IS SO ORDERED.**

Dated: August 25, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE