1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PATRINA HARRISON,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No. 20-cv-05178-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 19 |
|---|---|

13  Before the Court is Defendant's motion to dismiss. ECF No. 19. Pursuant to Federal Rule

14 of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for

15 disposition without oral argument. The hearing on this matter, currently scheduled for October 21,

16 2020, is hereby VACATED.

17  **IT IS SO ORDERED.**

18 Dated: October 9, 2020



JON S. TIGAR
United States District Judge

19
20
21
22
23
24
25
26
27
28