UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRINA HARRISON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　　Defendant. | Case No. 20-cv-05178-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference scheduled for May 11, 2021 is continued to July 13, 2021, at 2:00 p.m., to allow time for Plaintiff to file an amended complaint and for Defendant to respond. Updated case management statements are due July 6, 2021. *See* Civ. L.R. 16-9(a) ("If one or more of the parties is not represented by counsel, the parties may file separate case management statements.").

**IT IS SO ORDERED.**

Dated: May 5, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　United States District Judge