DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
RENÉE E. ROSENBLIT, State Bar #304983
RYAN STEVENS, State Bar #306409
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3853 [Rosenblit]
              (415) 554-3975 [Stevens]
Facsimile:    (415) 554-3837
E-Mail:       renee.rosenblit@sfcityatty.org
              ryan.stevens@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRINA HARRISON,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　Defendant. | Case No. 20-cv-05178 JST<br><br>**STIPULATION FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>Trial Date:　　　Not Set |

The parties agree and stipulate that Defendants have until June 15, 2021 to respond to Plaintiff's amended complaint.

Dated: May 25, 2021

        DENNIS J. HERRERA
        City Attorney
        MEREDITH B. OSBORN
        Chief Trial Deputy
        RENÉE E. ROSENBLIT
        RYAN STEVENS
        Deputy City Attorneys

By:   */s/ Renee E. Rosenblit*
        RENÉE E. ROSENBLIT
        Attorneys for Defendant
        CITY AND COUNTY OF SAN FRANCISCO

Dated: May 25, 2021

        */s/ Patrina Harrison*
        PATRINA HARRISON
        Plaintiff in Pro Per

**I, Renée E. Rosenblit, am the ECF user whose identification and password are used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these document(s) has been obtained from each of its signatories.