United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRINA HARRISON,

        Plaintiff,

   v.

CITY AND COUNTY OF SAN FRANCISCO,

        Defendant.

Case No. 21-cv-06484-SI

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Jon S. Tigar for consideration of whether the case is related to *Patrina Harrison v. City and County of San Francisco*, 20-cv-05178-JST.

**IT IS SO ORDERED**.

Dated: September 7, 2021

_____
SUSAN ILLSTON
United States District Judge