FILED

JUN 3 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PATRINA HALL, AKA Patrina Harrison, <br><br>             Plaintiff-Appellant, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br>             Defendant-Appellee. | No. 23-16194 <br><br> D.C. No. 4:20-cv-05178-JST <br> Northern District of California, Oakland <br><br> ORDER |

Before:   FRIEDLAND, BENNETT, and SANCHEZ, Circuit Judges.

The district court certified that this appeal is not taken in good faith and determined that appellant's in forma pauperis status should not continue on appeal. *See* 28 U.S.C. § 1915(a).  On October 2, 2023, this court ordered appellant to explain in writing why this appeal should not be dismissed as frivolous.  *See* 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

Upon a review of the record, the responses to the court's October 2, 2023 order, and the opening brief filed on September 27, 2023, we conclude that this appeal is frivolous.  We therefore deny appellant's motion to proceed in forma pauperis (Docket Entry No. 5) and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2).

OSA172

No further filings will be entertained in this closed case.

**DISMISSED.**