UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 25 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PATRINA HALL, AKA Patrina Harrison,<br><br>　　　　　Plaintiff - Appellant,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　　Defendant - Appellee. | No. 23-16194<br><br>D.C. No. 4:20-cv-05178-JST<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

The judgment of this Court, entered June 03, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　	　　　　　　　　　　CLERK OF COURT